234

No. 14–0364/AR. U.S. v. Keith A. Jackson. CCA 20120026. Appellant's *second* motion to extend time to file the supplement to the petition for grant of review granted, *up to and including February 26, 2014,* and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0401/NA. U.S. v. Richard M. Payne. CCA 201200477. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to March 3, 2014.

Tuesday, February 18, 2014

No. 14–0265/CG. U.S. v. Jaason Leahr. CCA 1365. Review granted on the following issues:

I.  WHETHER THE MILITARY JUDGE ERRED IN DENYING THE DEFENSE MOTION TO DISMISS FOR VIOLATION OF APPELLANT'S RIGHT TO SPEEDY TRIAL UNDER RCM 707.

II. WHETHER THE GOVERNMENT'S WITHDRAWAL OF CHARGES AND RE–REFERRAL TO ANOTHER COURT–MARTIAL WAS IN VIOLATION OF RCM 604(b) BECAUSE THEY WERE PREVIOUSLY WITHDRAWN FOR AN IMPROPER REASON.

III. WHETHER APPELLANT WAS DENIED A FAIR TRIAL WHEN THE MILITARY JUDGE TWICE SUGGESTED IN FRONT OF THE MEMBERS THAT APPELLANT WAS GUILTY, FIRST BY "THANKING" A WITNESS FOR HIS EFFORTS TO PROTECT THE VICTIM, AND THEN BY ASKING DEFENSE COUNSEL BEFORE FINDINGS WHETHER A WITNESS WOULD BE SUBJECT TO RECALL AS A "SENTENCING WITNESS."

Briefs will be filed under Rule 25.

